# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **MICHAEL DE LA BRUYERE and STEPHANIE BROCKLEHURST,** *Defendant*. | **CRIMINAL ACTION NO.** **5:21-cr-00048-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

The Government seeks an unopposed continuance in the above-captioned case as it relates to Defendant Michael De La Bruyere. [Doc. 67]. On August 12, 2020, the Grand Jury charged Defendant De La Bruyere with one count of Possession of a Stolen Firearm in violation of 18 U.S.C. §§ 922(j) and 924(a)(2), one count of Possession of Unregistered Firearm, and one count of Possession of Controlled Substance in violation of 26 U.S.C. §§ 5861(d) and 5871 and 21 U.S.C. § 844(a), respectively. [*Id.* at pp. 1–3]. During his initial appearance, held on September 15, 2021, Defendant De La Bruyere pled not guilty. [Doc. 14]; [Doc. 21]. Defendant De La Bruyere also filed a Motion to Suppress [Doc. 53], which the Court denied on June 8, 2022. *See* [Doc. 59].

So that Defendant De La Bruyere's newly appointed counsel can "receive discovery, review the evidence, and discuss the Government's proposed plea agreement with De La Bruyere[,]" the Court **GRANTS** the Government's Unopposed

Motion for Continuance [Doc. 67] because failure to do so would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A)(i) and (iv). *See* [Doc. 67, p. 2, ¶ 5]. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendants in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161 for excusable delay. *See* [*id.* at p. 2, ¶ 6]. Accordingly, this case is **CONTINUED** to the Court's next regularly scheduled Trial Term, October 10, 2022.

**SO ORDERED**, this 6th day of July, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**